## OPPENHEIMER v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. February 16, 1912.)

Appeal from Special Term, New York County.

Action by Leo Oppenheimer, as trustee in bankruptcy, against the City of New York. From an order directing that the Security Bank of the City of New York be made a party defendant, plaintiff appeals. Reversed, and motion denied.

See, also, 133 N. Y. Supp. 741.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and MILLER, JJ.

Eidlitz & Hulse (Frederick Hulse, of counsel), for appellant.
Caldwell, Masslich & Reed (Robert R. Reed, of counsel), for respondent Security Bank.

CLARKE, J. This is a similar motion to that presented in Oppenheimer, as Trustee, v. City of New York, 133 N. Y. Supp. 741, handed down herewith, the Security Bank having procured an order for its introduction as defendant, basing its application upon an assignment of $40,000 out of the retained percentages; and for the reasons set forth in the preceding case, the order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. All concur.